(4)

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 23 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Little Rock_ DIVISION

CASE NO. 5:06CW00135 GH/HDY

1. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: KALAFONKIA DEWAYNE PUGH
ADC # 136686
Address: ADC DIAGNOSTIC UNIT  7500 CORRECTION CIRCLE
Pine Bluff, AR 71603-1437

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____   This case assigned to District Judge _Howard_
ADC # _____              and to Magistrate Judge _Young_

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: ADC DIAGNOSTIC UNIT

Position: ADC DIAGNOSTIC INTAKE

Place of employment: ADC UNIT INTAKE

Address: 7500 CORRECTIONAL CIRCLE, PINE BLUFF AR 71603-1437

Name of defendant: ADC DIAGNOSTIC MAINTNANCE PERSONELL

Position: Maintnance

Place of employment: ADC UNIT INTAKE

(5)

Address: 7500 CORRECTIONAL CIRCLE, PINE BLUFF, AR. 71603-1437

Name of defendant: ADC DIAGNOSTIC MEDICAL STAFF

Position: Medical

Place of employment: ADC UNIT INTAKE

Address: 7500 CORRECTIONAL CIRCLE, PINE BLUFF, AR 71603-1437

Name of defendant: ______

Position: ______

Place of employment: ______

Address: ______

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______

______

Defendants: ______

______

☐ Court (if federal court, name the district; if state court, name the county):

(6)

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: __ADC DIAGNOSTIC UNIT__
__7500 CORRECTION CIRCLE PINE BLUFF, AR 71603-1437__

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_  No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _✓_  No ____

(7)

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 4, 2006, I attempted to get up out of my rack in BARRACKS 3 RACK 1 the same way as since I've been at this facility. I got up and took an step and slipped on water coming from a leak coming from the window beside my RACK 1. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I know inmates were helping me up while Nurses Ms. Williams & Ms. Doreen watched and also Mr. K.L. Pryor. Ms. Doreen pulled on me trying to make me get up on my own. Mr. Pryor also put towel by the window to try stop the leak.

(8)

May 4, 2006     WITNESS'S OF INCIDENT

(1) James F. Thompson  ADC # 135822
(2) Vinnie Washington  # 135788
(3) Larry Walker  # 135790
(4) Terrance Stewart # 135601
(5) Tyler Bed # 16
(6) Fred Eason # 11
(7) Ray Taylor # 17
(8) Burnett Smith # 135810
(9) Christopher B. Johnson # 135924

I

(9)

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would like to be compensated and awarded for the damages, pain, suffering, stress, worries, illness, mental, anguish, future medical needs expenses. In the sum amount of $12.5 million from defendants granted by the court to Plaintiff, KALAFONZIA D. PUGH at maximum rate thats justly entitled to receive.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 12 day of May, 2006.

Kalafonzia D. Pugh

Signature(s) of plaintiff(s)

Copy: Greivance Form
Unit/Center: Diagnostic Hu

Name: **Kalafongia Pugh**  ADC#135686  Bks 4 Job A N/A
Is This Greivance Medical Greivance  yes ✓  no ___

Have you discussed this problem with your designator problem solver ALL, Because no one responded in 72 hrs. about my back and why the nurse was pulling on me and not had an neck brace or backboard and inmates pick me up.

On May 4, 2006 In Barracks 3 Rightside of Rack 1 I attempted to get out of my rack the same way as since I've been at this facility. I got up and took an step and slipped on water coming from a leak in the window. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I knew inmates were helping pick me up while nurses watch. When they put me on the bed the nurse started pulling on me trying to get me to get up on my own but I didn't because I couldn't at the time.

Is This Emergency Situation  yes ✓  no ___  Because my back is still in pain and why it wasn't handled in professional manner.

Kalafongia Pugh                5-09-06

I talked with Blankenship on 5-12-06 about my Internal Resolution. Asked for wheelchair. Wasn't anymore left. Told me to try my best to get around the best way I can and to take it easy.

I have the original Greivance at home I mailed it. I told mom to mail it back and if you need will send. But I have copies and notes took down just like I wrote it on the original form.

Thank You,

Lafaryia Pugh

I Received on letter from the Warden on May 15, 2006
Warden Toney

**INFORMAL RESOLUTION FORM (Attachment 1)**

UNIT/CENTER: Diagnostic

PLEASE PRINT
Name: Kalafonzia Pugh      ADC# 135686    Brks 5-5   Job Assignment: N/A

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? Do to back pain

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, **dates**, places, personnel involved and how **you** were affected. **One issue** or incident per complaint form. Additional pages or forms will **not** be allowed.

I was injured 5-4-06 approxiamately 9:00 a.m. I attempted to get up out of my rack the same way as since I've been at this facility. I got up and took on step and slipped on water coming from a leak in the window. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I know inmates were helping me up while an nurse and her assistant watched. Also when the inmates put me on the bed the nurse pulled on me trying to make me get up on my own.

In 3-1 when incident occurred.
Inmate Stated Officer did 005.
5-06-06

Inmate Signature: Kalafonzic Pugh     Date: 5-06-06

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY.**

**STAFF RECEIPT AND ACTION TAKEN**

PRINT STAFF NAME (PROBLEM SOLVER): Lt R Sumner     Staff Code: ___    Staff Signature / Date Received: Lt R Sumner 5/16/06

Was this deemed an emergency? Yes ___ No ✓
Was there a need to contact medical? Yes ___ No ___ If yes, give name of person contacted? Blankinship
Describe action taken to resolve complaint, including dates. Per our interview I have arranged for an xray. Records indicate this was done. You were also referred to the Nurse Practioner and given a script for 0 duty × 7 days, Robaxin + Motrin. Your xray will be reviewed once report is received.

Was issue resolved? Yes ___ No ___     Does inmate agree that issue was resolved? Yes ___ No ✓

Staff Signature/Date: JBlankenship     Inmate Signature/Date: Kalafonzic Pugh

DISTRIBUTION: YELLOW – Inmate Receipt
(AFTER COMPLETION) PINK – Problem Solver Copy    BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

RECEIVED 6/6/06

810-00

I talked with Blankenship on 5-12-06 about my Informal Resolution. Asked for wheelchair. Wasn't anymore left. Told me to try my best to get around the best way I can and to take it easy.

I have the original Greivance at home I mailed it. I told mom to mail it back and if you need will send. But I have copies and notes took down just like I wrote it on the original form.
   Thank You,
   [signature]

I Received an letter from the Warden on May 15, 2006 Warden Toney

COPY: GREIVANCE FORM
UNIT/CENTER: DIAGNOSTIC HLX

NAME: **KALAFONICA PUGH** ADC#135686, BKS 4 Job A [illegible]
IS THIS GREIVANCE MEDICAL GREIVANCE yes ✓ no ___

HAVE you discussed this problem with your designator problem solver **NO**
, Because no one responded in 72 hrs. about my back and why the nurse was pulling on me and not had an neckbrace or backboard and inmates pick me up.

On May 4, 2006 In Barracks 3 Rightside of Rack 1 I attempted to get out of my rack the same way as since I've been at this facility. I got up and took an step and slipped on water coming from a leak in the window. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I know inmates were helping pick me up while nurses watch. When they put me on the bed the nurse started pulling on me trying to get me to get up on my own but I didn't because I couldn't at the time.

Is this Emergency Situation yes ✓ no ___ Because my back is still in pain and why it wasn't handled in professional manner

*Kalafonica Pugh*                    5-09-06

**GRIEVANCE FORM - (Attachment 1A)**  5

UNIT/CENTER  Diagnostic/ADC

| FOR OFFICE USE ONLY |
|---|
| Grv. # DU-06-00057 |
| Date Received 5-10-06 |
| Grievance Code: 600 |

PLEASE PRINT
Name  Kalafonzia Pugh   ADC# 135686  Brks 4  5-05  Job Assignment N/A

IS THIS GRIEVANCE A MEDICAL GRIEVANCE?   Yes ✓   No ___

**All complaints/concerns should first be handled informally before proceeding to the formal grievance procedure.**

### THE ORIGINAL INFORMAL RESOLUTION FORM SHALL BE ATTACHED

**Informal Action Taken**

Have you discussed this problem with your designated problem-solver? Yes __ No ✓ If yes, give date _____

Why do you feel the informal resolution was unsuccessful? Because noone responded in 72 hours about my back and why the nurse was pulling on me and not had an neckbrace or backboard and inmates picked me up.

Please give a **BRIEF**, clear statement of your grievance. This statement must be specific as to the complaint, **dates**, places, personnel involved, how **you** were affected and what you want to resolve the issue. **One issue** or incident per grievance. Additional pages or forms will **not** be allowed and if attached, will result in the automatic rejection of this grievance without content review.

On May 4, 2006 IN Barrack 3 Rightside of RACK 2. I attempted to get out of my rack the same way as since I've been at this facility. I got up and took an step and slipped on water coming from a leak in the window. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I know inmates were helping pick me up while nurses watch. When they put me on the bed the nurse started pulling on me trying to get me to get up on my own but I didn't because I couldn't at the time.

IS THIS AN EMERGENCY SITUATION? YES ✓ NO __ If yes, why? Because my back is still in pain and why it wasn't handled in proffessional manner

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any officer or department employee who shall sign the attached emergency receipt, give you the receipt and deliver it without undue delay to the ARO, the Warden/Center Supervisor or, in their absence, to the Unit/Center Assistant Warden. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Kalafonzia Pugh                                              5-09-06
INMATE SIGNATURE                                         DATE

**(TO BE FILLED OUT BY THE RECEIVING OFFICER)**

### RECEIPT FOR EMERGENCY SITUATIONS

OFFICER (Please Print) _____   Signature _____

FROM WHICH INMATE? _____   ADC# _____

DATE: _____   TIME: _____

810-1

## INFORMAL RESOLUTION FORM (Attachment 1)

UNIT/CENTER: Diagnostic

PLEASE PRINT Name: Kalafonzia Pugh   ADC# 135686   Brks 5-5   Job Assignment: N/A

IS THIS AN EMERGENCY SITUATION? YES ✓ NO ___ If yes, why? Do to back pain

(An emergency situation is one in which you may be subject to a substantial risk or physical harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. You will be given a copy of this receipt by the designated problem-solving staff. REPRISALS: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Warden.

Give a **BRIEF** statement of your complaint/concern. This statement must be specific as to the complaint, dates, places, personnel involved and how you were affected. One issue or incident per complaint form. Additional pages or forms will not be allowed.

I was injured 5-4-06 approxiamately 9:00 a.m. I attempted to get up out of my rack the same way as since I've been at this facility. I got up and took an step and slipped on water coming from a leak in the window. There wasn't anything posted to inform me there were leaks. I landed on my back and the next thing I know inmates were helping me up while an nurse and her assistant watched. Also when the inmates put me on the bed the nurse pulled on me trying to make me get up on my own.

In 3-1 when incident occured.
Inmate stated officer did 005.

Inmate Signature: Kalafonzia Pugh
Date: 5-06-06

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY.

**STAFF RECEIPT AND ACTION TAKEN**

PRINT STAFF NAME (PROBLEM SOLVER): Lt R Sumner   Staff Code: ___   Staff Signature / Date Received: Lt R Sumner 5/06/06

Was this deemed an emergency? Yes ___ No ✓
Was there a need to contact medical? Yes ___ No ___ If yes, give name of person contacted? Blankenship
Describe action taken to resolve complaint, including dates. Per our interview I have arranged for an x-ray. Records indicate this was done. You were also referred to the Nurse Practitioner and given a script for 0 duty x 7 days, allowing Robaxin + Motrin. Your x-ray will be reviewed once report is received.

Was issue resolved? Yes ___ No ✓   Does inmate agree that issue was resolved? Yes ___ No ✓

Staff Signature/Date: Blankenship
Inmate Signature/Date: Kalafonzia Pugh

DISTRIBUTION: YELLOW – Inmate Receipt
(AFTER COMPLETION) PINK – Problem Solver Copy   BLUE – Grievance Officer
ORIGINAL – Given back to the Inmate After Completion

RECEIVED 5/6/06

810-00

INMATE NAME: Pugh, Kalafonzia D.    ADC #: 135686A   GRIEVANCE #: DU-06-00057

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty working days of the date I receive your grievance. Should you receive no response within this time frame, or the response you received is unsatisfactory, you may appeal to the Deputy Director for Health and Corrections programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_____    _Warden_____    _5-11-06_
Signature of ARO or         Title             Date
Warden's/Supervisor's Designee


## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?




_____    _____    _____
Inmate Signature              ADC#                Date

INMATE NAME: Pugh, Kalafonzia D.   ADC #: 135686A   GRIEVANCE #: DU-06-00057

WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty working days of the date I receive your grievance. Should you receive no response within this time frame, or the response you received is unsatisfactory, you may appeal to the Deputy Director for Health and Corrections programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_[signature]_   _Warden_   _5-11-06_
Signature of ARO or   Title   Date
Warden's/Supervisor's Designee

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?




Inmate Signature                   ADC#                    Date

INMATE NAME: Pugh, Kalafonzia D.    ADC #: 135686A    GRIEVANCE #: DU-06-00057

## WARDEN'S/CENTER SUPERVISOR'S DECISION

I have determined your grievance is a medical matter. I have forwarded your grievance to the Medical Administrator who will provide a written response, and/or will interview you within twenty working days of the date I receive your grievance. Should you receive no response within this time frame, or the response you received is unsatisfactory, you may appeal to the Deputy Director for Health and Corrections programs. If you have medical needs that you believe are urgent, put in a Sick Call Request, or send a Request for Interview to the Medical Administrator.

_____    _____Warden_____    __5-11-06__
Signature of ARO or                  Title                Date
Warden's/Supervisor's Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five days by filling in the information requested below and mailing it to the appropriate Deputy/Assistant Director. Keep in mind that you are appealing the decision to the original complaint. Do not list additional issues which are not part of your complaint.

WHY DO YOU NOT AGREE WITH THE RESPONSE?




_____    _____    _____
Inmate Signature                  ADC#                  Date

IGTT410                         Page 1 of 1

5-20-06

Dear, United States District Court,

I am plantiff, Kalafonzia D. Pugh #135686
I'm awaring you all that they're probably
going to move me to an apparent unit this
Monday as known date 5-22-06. They have told
me my x-ray said I had spondylolysis
And it been two weeks since may 4, and my
back is still in pain. They're refused me an
wheelchair are they said they didn't have anymore
I put in an sick call + request interview for
it. They give me at least 18 pills of medication
a day and nothing else. I told them I have pain
walking from pill call to ~~chow~~ and to chow call.
I don't know if it's safe to pursue the lawsuit
yet but I wanted to go ahead and get things
going I have atleast one more step in the greivance
or I need your help to proceed. The Warden
wrote me back and told me he's forwarding my
greivance to the medical Administrator. And then
I appeal to Deputy Director and I think these
are last steps. I've done everything else. The
Doctor called me in and said that they took
the medical hold off and was going to classify me
as M·2 at my apparent unit. I use the bathroom
one time and there was blood coming from my behind
end it went away and then started back on medication
and it started again. I hurt my back when I went
to physical again the lady tored to get me to squat
and to due certain things and I felled and all of the
officers walked by me and didn't pick me up or help me
up. Inmate had to help me up. They just put me on more

Dr. Blankenship put the medical hold on me.
Dr. OIABODE took me off of medical hold.

medication. Please look me up and tell me where we stand and how we can pursue this lawsuit. I'm taking atleast 18 pills a day. Help me please and if they try to send me to a unit. My I.D. number should tell you where I'm at. I don't want to go down there and put myself in more pain than I am. Or take too many pills and end up mentally ill. I feel they're not telling me everything about my back. Just to inform you

Thank you, Kalofonga Pugh

My Back hasn't been the same since I've failed in Barracks 3. May 4, 2006 They've moved me to Barracks 5 cell 5 so I wouldn't have to go up and down stairs.

June 9 should be 20 working days for the Medical Administrator to respond. I know they would of been just been putting me off. But the Warden said he see that it's an medical grievance. I also asked for an copy of oos didn't receive that's an report when the incident happen they had to fill one of those out called oos. And hospital report when they've rushed me down there. My back wouldn't of been hurting or injured if it wasn't from that water coming from through the window They said they couldn't get an straightboard up there that it was dangerous. Well I said, if there is an emergency that Barracks is not equipped to house inmates in or the building needs evaluated. Because I don't want anybody else to get hurt.

# Inmate Grievance Procedure – AD 04-01

- The Informal Resolution Form (IRF) must be completed by the inmate within 15 days from the date of incident. Inmate presents IRF directly to designated Problem Solver. Only in the space provided, the inmate should write a brief statement that is specific to the complaint to include the date, place, personnel involved and/or witnesses and how the policy or incident affected the inmate.

- Additional sheets can not be attached.

- When an inmate presents a IRF to the designated Problem Solver, at that time the Problem Solver must sign and date the form, giving the inmate back the yellow copy as the receipt.

- The Problem Solver has 3 working days to resolve this issue.

- If the problem can be resolved at the informal level, the Problem Solver documents the action taken on the IRF and then both the inmate and the Problem Solver sign and date the form. The Inmate receives his original white copy back.

- If the problem cannot be resolved at the informal level, the Problem Solver must still document the resolution attempt on the IRF and then the Problem Solver and the inmate sign and date the form. At this time, if the inmate chooses, he/she may now proceed to the Formal grievance level. The Formal grievance must be filed no later than 3 working days after the resolution attempt.

- Should the Problem Solver NOT contact the inmate and attempt to resolve the complaint within the designated 3 working days, the inmate may proceed to the Formal Grievance Procedure due to lack of response. Again, a Formal Grievance must be filed no later than 3 working days from the attempt of resolution.

- Only after the inmate has attempted informal resolution can he/she file a Formal grievance on the Grievance Form (Attachment IA). The completed and signed IRF shall be attached to the Grievance Form and deposited in the designated grievance boxes. Statement on the Formal Grievance Form MUST be the same as that written on the IRF.

- Warden or Warden's designee has 20 working days of receipt to respond to the Formal Grievance.

- If the inmate is not satisfied with the Warden's response he/she has 5 working days to appeal to the appropriate Chief Deputy Director/Deputy Director/Assistant Director. The inmate MUST include the original attachments and the appropriate Deputy Director will respond within 30 working days from receipt of appeal.



Prepared 4/13/04
D. Voss