**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KALAFONZIA DEWAYNE PUGH
ADC #135686                                                                                               PLAINTIFF

V.                                       NO: 5:06CV00135 GH/HDY

ANDREWS *et al.*                                                                                       DEFENDANTS

**ORDER**

On October 20, 2006, Plaintiff filed a motion to amend his complaint, seeking to substitute the name of Wendy Kelly as a Defendant instead of Mary Kelly, who was apparently named in error (docket entry #44). For good cause shown, Plaintiff's motion will be granted, and service ordered upon Defendant Wendy Kelly. In light of Plaintiff's motion to amend, Defendant Olabode Olumofin's motion to dismiss Plaintiff's complaint as to Defendant Mary Kelly (docket entry #45) will be denied as moot.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to amend (docket entry #44) is GRANTED.

2. Plaintiff's claims against Defendant Mary Kelly are DISMISSED, and her name is removed as a party Defendant.

3. The Clerk is directed to add Wendy Kelly as a Defendant.

4. Service is appropriate upon Defendant Wendy Kelly. The Clerk of Court is directed to prepare a summons for Defendant Wendy Kelly, and the United States Marshall is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #18), motion to amend (docket entry #44), this order, and summons on Defendant Wendy Kelly without prepayment

of fees and costs or security therefor.

     5.    Defendant Olumofin's motion to dismiss (docket entry #45) is DENIED AS MOOT.

IT IS SO ORDERED this 24th day of October, 2006.

                                 */s/ George Howard, Jr.*
                                 UNITED STATES DISTRICT JUDGE