# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KALAFONZIA DEWAYNE PUGH
ADC #135686                                                                                           PLAINTIFF

V.                          NO: 5:06CV00135 GH/HDY

ANDREWS *et al.*                                                                                    DEFENDANTS

## ORDER

On November 7, 2006, Plaintiff filed a motion to voluntarily dismiss his complaint so that he could exhaust his administrative remedies (docket entry #59).  For good cause shown, Plaintiff's motion will be granted.  Plaintiff's request for copies of § 1983 forms to be used in possible future filings will also be granted.

IT IS THEREFORE ORDERED THAT:

1.	The Clerk is directed to send to Plaintiff a packet of § 1983 complaint forms.

2.	Plaintiff's motion to voluntarily dismiss his complaint (docket entry #59) is GRANTED, and his complaint is DISMISSED WITHOUT PREJUDICE.

3.	All pending motions are DENIED AS MOOT.

DATED this 9th day of November, 2006.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE